# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 484 MAL 2014
:
          Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.           :
:
:
:
LAZARO LUIS ABREU-SUSET,   :
:
          Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.